IN THE UNITED STATES COURT FOR THE
DISTRICT OF MARYLAND

FILED
US DISTRICT COURT
OF MARYLAND
2020 FEB 13 AM 10: 35
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| Andrew T. Binks<br>4117 Back Woods Rd<br>Westminster, MD 21158<br><br>    Plaintiff<br><br>v.<br><br>First Advantage<br>1 Concourse Parkway NE<br>Suite 200<br>Atlanta, GA 30328<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* Case # 20 CV384 BPG<br>* |

\* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

# PLAINTIFF ANDREW T. BINKS'S COMPLAINT FOR PROFESSIONAL NEGLEGENCE

## INTRODUCTION

## PARTIES

1. I, Andrew Binks, am a Maryland state resident.

2. First Advantage is a company based in Atlanta Georgia

## JURISDICTION AND VENUE

3. 15 USC 1681p allows this action to be brought in any US district court

4. The plaintiff, Andrew Binks is a citizen of the state of Maryland

5. Defendant First Advantage is a resident Georgia

6. Defendant First Advantage conducts business in all 50 states including the state of Maryland

7. All issues presented in this case occurred in Maryland, i.e. the plaintiff resides in Maryland, the defendant conducted a background investigation in Maryland.

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000.

9. The Court has person jurisdiction because Defendant conducts business in the State of Maryland, and the incorrectly reported information was regarding Maryland.

## Amount in Controversy

10.  Defendants caused financial damages exceeding $9,00,000.00

## FACTS COMMON TO ALL COUNTS

11. Plaintiff Andrew Binks was offered a job working with Aquinas Corpoation.

12. This job involved working on site at Sikorski Corporation in Connecticut.

13. As a requirement of this job plaintiff was requiored a background check.

14. The requirements of successfully passing a background check was having no felony "criminal record".

15. Defendant First Advantage was contracted to perform this check.

16. On February 7, 2020 defendant released plaintiffs background report in which the report claimed that plaintiff had a felony on the Maryland Stet docket.

17. The report cited case number 06-K-17-048557. Exhibit 1

18. This error was told by plaintiff to defendant, but defendant claimed that they had made no error.

19. The Maryland case search website shows case number 06-K-17-048557 on the stet docket but reports it a misdemeanor less than $1000.00. Exhibit 2

20. Maryland case search reports the correct information the plaintiff.

21. Due to the error made by First Advantage the job with Aquinas working at

## **Negligence**

22. All previous statements are incorporated.

23. The defendant claims to be an expert in background investigations.

24. The defendant has violated the FCRA

25. The defendant had a duty and responsibility to ensure that their service will be performed with reasonable care and skill, per s 49(1) Consumer Rights Act 2015.

26. By reporting clearly incorrect information the defendant has breached that duty.

27. The result of this incorrect report caused me to lose this job.

28. The loss of this job has cost me financially and caused significant undo stress.

29. This has also caused significant damage to my reputation as an engineer.


WHEREFORE for the reasons stated herein, I, Andrew Binks hereby requests that this Honorable Court:

- $250,000 for lost earnings

- $1,000,000 for the significant undo stress

- $1,000,000 for damage to my reputation

- $6,750,000 for punitive damages

Respectfully submitted,

*Andrew Binks*

Andrew Binks
pro-se
6231 E Ironhorse St
Wichita KS 67220
410-980-5065