**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ANDREW T. BINKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-00384-BPG |
| FIRST ADVANTAGE, | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., incorrectly named in the case caption as "First Advantage," by its attorneys and pursuant to Federal Rule of Civil Procedure 37(b), Local Rule 105, and this Court's August 26, 2021 Order (ECF No. 47), moves this Court for an Order dismissing Plaintiff Andrew T. Binks's Complaint with prejudice due to his continued refusal to obey this Court's Orders and his failure to participate in discovery. The specific bases for Defendant's motion are set forth in its Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 37, which is filed contemporaneously herewith.

          Respectfully submitted,

          FIRST ADVANTAGE BACKGROUND
          SERVICES CORP.

By: */s/ Esther Slater McDonald*
      Renee B. Appel
      Bar No. 19785
      rappel@seyfarth.com
      SEYFARTH SHAW LLP
      975 F Street, N.W.
      Washington, DC  20004
      Telephone:  (202) 828-5371
      Facsimile:   (202) 641-9189

      Frederick T. Smith*
      fsmith@seyfarth.com
      Esther Slater McDonald*
      emcdonald@seyfarth.com
      SEYFARTH SHAW LLP
      1075 Peachtree Street, N.E.
      Suite 2500
      Atlanta, Georgia 30309-3958
      Telephone:    (404) 885-1500
      Facsimile:      (404) 892-7056

      *\*Admitted Pro Hac Vice*

      *Attorneys for Defendant First Advantage Background Services Corp.*

Date:  August 27, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, a copy of the foregoing DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 was served upon the following individual by electronic mail and the United States Postal Service:

Andrew T. Binks
Abinks1@comcast.net
4117 Back Woods Road
Westminster, MD 21158

*/s/   Esther Slater McDonald*
Esther Slater McDonald